IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA AND PAUL VOLYNSKY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HILLARY CLINTON, ET AL. | : | NO.  10-4695 |

## ORDER

**AND NOW**, this 21st day of June, 2012, upon consideration of Defendants' Motion to Dismiss (Docket No. 29), and all documents filed in connection therewith, and for the reasons stated in the accompanying memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Leave to File a Reply Brief (Docket No. 31) is **GRANTED**. The Clerk shall enter the Brief attached to said Motion on the docket.

2. The Motion to Dismiss (Docket No. 29) is **GRANTED**.

3. The Amended Complaint is **DISMISSED**.

4. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiffs.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.